[No. 14981–4–I.   Division One.   February 24, 1986.]

KEVIN I. WARNER, *Appellant,* v. AMERICAN NATIONAL
GENERAL AGENCIES OF NEW YORK, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–07734–6, Frank D. Howard, J., entered June 18, 1984. *Affirmed* by unpublished opinion per Cole-

man, J., concurred in by Scholfield, C.J., and Grosse, J.